ACCEPTED
03-15-00034-CV
5480026
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/29/2015 5:22:35 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00034-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/29/2015 5:22:35 PM
JEFFREY D. KYLE
Clerk

JUAN O. LOPEZ d/b/a J.J. CONSTRUCTION CO.,

Appellant

v.

DAVE H. BUCHHOLZ and MARY A. BUCHHOLZ

Appellees

On Appeal from the 274th Judicial District Court of Comal County, Texas
Cause No. C2014-0259C

## APPELLEE'S UNOPPOSED MOTION
## TO EXTEND TIME TO FILE RESPONSE TO APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellees, Dave H. Buchholz and Mary A. Buchholz ("Buchholz"), pursuant to TEX. R. APP. P, Rules 10.5(b) and 38.6(d), asks this Honorable Court for an extension of fourteen (14) days, to and including June 12, 2015, within which to file its Response to Appellant's Brief in the above captioned matter, and would show as follows:

1.	This is Appellee's first request for an extension of time in which to file his Brief.

1

2.	Buchholz's reply brief is currently due on May 29, 2015. Buchholz has contacted counsel Appellant Juan O. Lopez d/b/a J.J. Construction Co., ("J.J. Construction") and counsel does not oppose this requested extension.

3.	The undersigned counsel has numerous professional commitments in several counties in Texas; included among those commitments is management of the Vethan Law Firm's San Antonio office.

4.	By way of example, the undersigned participated in a mediation as part of special litigation counsel's mediation team, set for Tuesday, May 26, 2015 in Adversary No. 15-03071, *Flat Stone, Ltd., Flat Stone II, Ltd., and Alabama & Dunlavy, Ltd. v. Matthew Dilick et al.;* pending in the United States Bankruptcy Court, Southern District of Texas, Houston Division. Prior to the mediation, the undersigned provided substantial assistance in preparing for the mediation and participated in expedited discovery review. The case includes allegations that the Defendants' violated fiduciary duties and embezzled tens of millions of dollars.

5.	By further way of example, the undersigned is one of the attorneys for the Defendants in Cause No. 4:14-cv-359, *Thornton and Company, Inc. v. Linda Meyer and Polymer Trading USA, LLC*, pending in the Southern District of Texas, Houston Division, Texas. The case involve allegations of breaches of fiduciary duties, breaches of contract, and fraud. The case is scheduled for docket call on

Monday, June 1, 2015 and numerous emergency motions and responses have had to be filed in the days leading up to the trial.

6.      Appellee requests an extension of time for fourteen (14) days, until Friday, June 12, 2015.

7.      Appellant's counsel is **not** opposed to the extension of time.

8.      This request is not sought for delay, but so that justice may be done.

**Prayer**

For the foregoing reasons, Appellee respectfully asks this Honorable Court for an extension of the deadline to file Appellee's Brief for additional period of fourteen (14) days, that is, until June 12, 2015 and for such other and further relief to which he may be entitled.

Respectfully submitted,

THE VETHAN LAW FIRM, P.C.

/s/ *Joseph L. Lanza*

Joseph L. Lanza
Texas Bar No. 00784447
8700 Crownhill Blvd., Suite 302
San Antonio, Texas 78209
(210) 824-2220 voice
(210) 826-2223 facsimile
Counsel for Appellee,
Dave H. Buchholz and Mary A. Buchholz

## CERTIFICATE OF CONFERENCE

I certify that on May 29, 2015, I conferred with Appellant's counsel, Mr. Ryan Kinder, regarding the requested extension and counsel is <u>not opposed</u> to the grant of such extension for an additional 14 days.

/s/ *Joseph L. Lanza*
Joseph L. Lanza

## CERTIFICATE OF SERVICE

I certify that on May 29, 2015, a true and correct copy of this was served to each person listed below, per the Federal Rules of Appellate Procedure:

COATS|ROSE                                                    *Via ECF*
Richard C. McSwain
Adam J. Richie
Ryan T. Kinder
Jamie Cohen
1020 Northeast Loop 410, Suite 800
San Antonio, Texas 78209
Attorney for Juan O. Lopez d/b/a J.J. Construction Co.,

/s/ Joseph L. Lanza
Joseph L. Lanza

4